COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-077-CV

TAMMY DENSON APPELLANT

V.

JANE DOE DRIVER A/K/A                   APPELLEE

KRISTI RABALAIS 

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT 
COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: WALKER, J.; CAYCE, C.J.; and DAY, J.

DELIVERED: August 29, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.